AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF KANSAS

| | |
|---|---|
| CURTIS SCHIPPER ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   07-2249-JPO |
| BNSF RAILWAY COMPANY ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* BNSF Railway Company recover costs from the plaintiff *(name)* Curtis Schipper.

☐ other: _____.

This action was *(check one)*:

☒ tried by a jury with Judge  James P. O'Hara  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date:   Apr 22, 2009

CLERK OF COURT

s/ Kathleen L. Grant

*Signature of Clerk or Deputy Clerk*